795 A.2d 959

Jeffrey L. KOVATCH, Appellant,

v.

COMMONWEALTH of Pennsylvania, Dauphin County, County Court Administrators Office, Pennsylvania Department of Corrections, Pennsylvania State Correctional Institution at Smithfield, Appellees.

No. 31 MAP 2002.

Supreme Court of Pennsylvania.

April 23, 2002.

### ORDER

PER CURIAM.

AND NOW, this 23rd day of April, 2002, probable jurisdiction is noted and the order appealed is affirmed.